No. 973. City of Los Angeles et al. *v.* Mono Power Company et al. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. B. Mathews* for petitioners. *Mr. Charles F. Potter* for respondents.

---

No. 977. Frederick M. Dyer et al. *v.* Commonwealth of Massachusetts. May 21, 1923. Petition for a writ of certiorari to the Superior Court of the State of Massachusetts denied. *Mr. Boyd B. Jones* and *Mr. Philip N. Jones* for petitioners. *Mr. Jay R. Benton* and *Mr. Henry C. Attwill* for respondent.

---

No. 988. Thosmil Holding Corporation *v.* Interstate Coal & Dock Company. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Howard Thayer Kingsbury* for petitioner. *Mr. F. K. Pendleton* for respondent.

---

No. 1001. Morris S. Rachmil *v.* United States. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. S. C. Sugarman* for petitioner. No brief filed for the United States.

---

No. 1006. Importers Steamship Company, claimant, etc., et al. *v.* Houston Marine Engineering Works et al. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James B. Stubbs* for petitioners. *Mr. H. C. Hughes, Mr. Lewis R. Bryan* and *Mr. Sewell Myer* for respondents.